## PATRICK NEMHARD *v.* COMMISSIONER OF CORRECTION

The petitioner Patrick Nemhard's petition for certification for appeal from the Appellate Court, 63 Conn. App. 906 (AC 21095), is denied.

*Deborah Stevenson,* special public defender, in support of the petition.

Decided July 5, 2001

## LENORE A. SULLIVAN ET AL. *v.* TOWN OF MONROE ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 21394) is denied.

*Nancy Burton,* in support of the petition.

*Gregory M. Conte,* in opposition.

Decided July 5, 2001